IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


MARIA MARTHA ORNELAS LAZO,

    Petitioner,

v.                                  CASE NO. 4:13cv430-RH/CAS

JOHN V. FLOURNOY, WARDEN,
FCI TALLAHASSEE,

    Respondent.

_____/


**ORDER DENYING THE PETITION AND
DENYING A CERTIFICATE OF APPEALABILITY**


      This petition for a writ of habeas corpus under 28 U.S.C. § 2241 is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. The report and recommendation correctly concludes that the petition must be dismissed because the petitioner has failed to exhaust her administrative remedies. The report and recommendation is adopted as the court's opinion.

Case No. 4:13cv430-RH/CAS

It bears noting, too, that the Bureau of Prisons website says the petitioner was released on January 24, 2014. This apparently provides another ground for dismissing the petition.

For these reasons,

IT IS ORDERED:

    1. The report and recommendation is ACCEPTED.

    2. The clerk must enter judgment stating, "The petition is dismissed."

    3. The clerk must close the file.

SO ORDERED on July 11, 2014.

                          s/Robert L. Hinkle
                          United States District Judge